## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-374** |
| **VERSUS** | * | |
| **MARK ST. PIERRE** | * | **SECTION "L"** |

## ORDER

Before the Court is the Government's motion under Federal Rule of Criminal Procedure 35 to reduce the sentence of Mark St. Pierre. On September 1, 2011, this Court sentenced Mr. St. Pierre to 210 months of imprisonment for 53 counts of conspiracy, bribery, and wire fraud.

The Government indicates that after sentencing, Mr. St. Pierre rendered substantial assistance in the Government's investigation and prosecution of another person and moves the Court to reduce the sentence of Mr. St. Pierre under Rule 35(b) for substantial assistance. The Court agrees that Mr. St. Pierre provided substantial assistance to the Government, which ultimately led to the conviction of another individual. Mr. St. Pierre is thus entitled to a reduction in his sentence. The Court also notes that if it were to deny a reduction, the sentence of Mr. St. Pierre would not be proportional to the sentences imposed for similar conduct by other individuals arising out of the same factual scenarios. Accordingly,

**IT IS ORDERED** that Mr. St. Pierre's sentence is reduced from 210 months to an amended sentence of 60 months of imprisonment, with credit for time served. All other terms of his September 1, 2011 sentence remain the same.

New Orleans, Louisiana, this 3rd day of September, 2014.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE