UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| v. | * | **NO. 09-374** |
| **GREGORY MEFFERT** | * | **SECTION: "L" (1)** |

## UNITED STATES' FIRST SET OF DISCOVERY

To: Gregory Meffert
6532 Adair Drive
San Antonio, TX 78238

Plaintiff, the United States of America ("United States"), respectfully submits its first set of interrogatories to defendant-debtor, Gregory Meffert, in accordance with 28 U.S.C. § 3015(a) and Fed. R. Civ. P. 33 and 69(a)(2). The United States requests answers, under oath, to interrogatories within 30 days.

**Interrogatory Number One**

Please state whether you and Linda Meffert are currently married. If so, please state whether you and Linda Meffert have any marital agreement(s), and where it was signed and recorded.

1

**Answer to Interrogatory Number One**

**Interrogatory Number Two**

If you and Linda Meffert are divorced, please state when you were divorced and where you obtained your Judgment of Divorce.

**Answer to Interrogatory Number Two**

**Interrogatory Number Three**

If you and Linda Meffert divorced, please state if you and Linda Meffert were remarried. If so, please state when and where you were remarried and if you signed any marital agreement(s) prior to remarrying.

**Answer to Interrogatory Number Three**

## CERTIFICATION

I, Gregory Meffert, do declare under penalty of perjury under 28 U.S.C. § 1746 and Fed. R. Civ. P. 33(b)(3) that the foregoing answers to interrogatories are true and correct.

_____
GREGORY MEFFERT

Dated: _____

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*
PETER M. MANSFIELD (#28671)
Assistant United States Attorney
650 Poydras St., Suite 1600
New Orleans, LA 70130
Phone: (504) 680-3047
Fax: (504) 680-3184
Peter.Mansfield@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon defendant-debtor by certified mail, return receipt requested, on this 15th day of October, 2014, to the following address: Gregory Meffert, 6532 Adair Drive, San Antonio, TX 78238.

*s/Peter M. Mansfield*
PETER M. MANSFIELD
Assistant United States Attorney