UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 09-374-3 |
| MARK ST. PIERRE | * | SECTION "L" |

### O R D E R

The foregoing considered,

**IT IS ORDERED** that Movant C. Ray Nagin's motion for access to the trial exhibits in this case is hereby GRANTED insofar as the Clerk of Court shall provide copies of the exhibits to counsel for Mr. Nagin.

New Orleans, Louisiana, this 27th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE